FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 22 2024
JEFFREY P. COLWELL
CLERK

In The United States District Court For the District of Colorado

Civil Action No. 24-cv-11-SBP-NRN

Jack Cole
    Plaintiff

V

Jennifer Armstrong
    Defendant.

---

Motion For Leave to Amend the Complaint Pursuant to Rule 15.1 of the D.C.COLO.LCivR

---

Comes Now undersigned plaintiff and respectfully prays the Honorable Court to allow me to amend the complaint.

I will supplement this motion with the New Amended Complaint soon upon

page ONE

the granting of this foregoing.

The defendant along with many others are retaliating against me thus I need to add claims associated with previously dismissed cases.

WHEREFORE, I pray the court allow me leave to amend.

5/16/24 Respectfully,

Certificate of Service:

I sent a copy to 2739 E Los Vegas St Colo Sprs Co 80906 via USPS

5/16/24

page two

Cole, Jackie
Criminal Justice Center
Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL
A0331196

NEOPOST    FIRST-CLASS MAIL
05/20/2024
US POSTAGE $000.64⁰
ZIP 80906
041M11284826

Office of the Clerk
United States Dist. Court
901 19th St. Room A105
Denver CO 80294-3589